**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

v.                      **CASE NO. 4:18-CR-00454-001  LPR**

**ANTHONY ATKINS
aka Forever**                                                        **DEFENDANT**

## AMENDMENT TO JUDGMENT & COMMITMENT ORDER

On September 15, 2021, defendant Anthony Atkins was sentenced to 120 months imprisonment, to be followed by fifteen (15) years supervised release, and $100 special assessment. The Defendant appealed the sentence. On November 2, 2022, the Eighth Circuit Court of Appeals remanded the case for the narrow purpose of amending Special Conditions 2 and 3 of Defendant's conditions of supervised release. The mandate was entered on November 23, 2022.

IT IS THEREFORE ORDERED that the Judgment and Commitment Order entered on September 20, 2021, is hereby amended as to the following Special Conditions of supervised release.

> 2. Defendant must not view or possess any "visual depiction" (as defined in 18 U.S.C. §2256) including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of "sexually explicit conduct" (as defined in 18 U.S.C. § 2256), or any other material that would compromise your sex offense-specific treatment if you are so notified by the probation office.

> 3. Defendant must not enter any establishments whose primary business involves sex-themed material or entertainment, including but not limited to adult bookstores, strip clubs, or adult sex-themed entertainment businesses.

All other terms and conditions of Defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 29th day of November 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE